DECEMBER 13, 1943

No. 49029.——Protest 845835–G of Swift & Co. C. D. 753. Plaintiff's application for rehearing denied.